**Order entered June 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-11-00935-CV

---

**ICON BENEFIT ADMINISTRATORS II, L.P.,
AMERICAN ADMINISTRATIVE GROUP INC, AND
HEALTHSMART PREFERRED CARE, II, L.P., Appellants**

**V.**

**JOELLA MULLIN, STANLEY SELF, ANDREA DAVENPORT,
LEE ANN DUMBAULD, SCOTT SNIDER, LEISA HUTCHESON,
DAVID MILLER AND CITY OF LUBBOCK, Appellees**

---

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-08-01067-B**

---

## ORDER

The Court **GRANTS** appellees' June 17, 2013 unopposed motion to extend time to file motion for rehearing. Appellees are **ORDERED** to file their motion for rehearing, if any, by July 1, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE